

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00201-CV

IN THE MATTER OF THE
GUARDIANSHIP OF DOROTHY
LUCK, AN INCAPACITATED
PERSON

-----------

### FROM PROBATE COURT NO. 1 OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On June 16, 2011, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless the $175 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant has not paid the $175 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.


PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  June 30, 2011

---

[2]*See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).